UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAYMOND ADAMS

    Plaintiff,

v.

HANSEN FOODS, INC. and HARDEE'S FOOD SYSTEMS, INC.,

    Defendants.

Case No. 09-cv-009-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on its own initiative. The Court has an independent duty to ensure that it has subject matter jurisdiction to hear cases brought before it. *Hammes v. AAMCO Transmissions, Inc*., 33 F.3d 774, 778 (7th Cir. 1994); *see also Cook v. Winfrey*, 141 F.3d 322, 325 (7th Cir. 1998) (citing *Crawford v. United States*, 796 F.2d 924, 929 (7th Cir. 1986) ("[O]nce the district judge has reason to believe that there is a serious jurisdictional issue, he is obliged to resolve it before proceeding to the merits even if the defendant, whether as a matter of indolence or strategy, does not press the issue.")). Plaintiff's Complaint alleges that both Plaintiff and Defendant Hansen Foods, Inc. are citizens of Illinois. However, Plaintiff alleges federal jurisdiction is proper based on diversity of citizenship pursuant to 28 U.S.C. § 1332. As it appears that the parties to the case are not of diverse citizenship, the Court hereby **ORDERS** the Plaintiff to **SHOW CAUSE on or before January 16, 2009** why this case should not be dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**
**DATED: January 7, 2009**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**