UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAYMOND ADAMS,

    Plaintiff,

v.

HANSEN FOODS, INC. and HARDEE'S
FOOD SYSTEMS, INC.,

    Defendants.

Case No. 09-cv-009-JPG

## JUDGMENT

This matter having come before the Court, and the Court having dismissed this action for lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

                                                     **KEENAN G. CASADY, CLERK**

**DATED: February 11, 2009**                    s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**